UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                  Case Number: 11-18171 JHW

Debtor: Jose & Diana Forestier, Sr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1814789 | M & T Bank, N.A. | $1,401.00 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  August 6, 2013